UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PHILIP G. YEARY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD LOCK, et al., )<br>)<br>Defendants. ) | 4:08-cv-0194-SEB-WGH |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW THEREFORE ADJUDGED** that this cause of action is **dismissed** pursuant to 28 U.S.C. § 1915A(b).

**Date:** 04/30/2009

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Philip Gregory Yeary
DOC 169399
1946 W. U.S. Highway 40
Greencastle, IN 46135